**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC ALBERTO SANTOS,<br><br>             Petitioner,<br><br>  v.<br><br>M. McDONALD, WARDEN,<br><br>             Respondent. | NO. CV 11-7348-PA (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed. Petitioner, however, has filed an Application To Stay Proceeding Pending Exhaustion Of State Court Remedies ("Application"). The Court has considered the Application in connection with its review of the Report.

The Application is premised on the argument that the Petition is "mixed" and, therefore, may be stayed pending exhaustion of state remedies. However, for the reasons explained in the Report, none of the

claims alleged in the Petition are exhausted, and a fully unexhausted 28 U.S.C. § 2254 petition cannot be stayed. Accordingly, a stay is not appropriate and the Application is DENIED. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) Respondent's motion to dismiss the Petition is granted; and (2) Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 30, 2012

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE