**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
ERIC ALBERTO SANTOS,              )  NO. CV 11-7348-PA (MAN)
                                  )
            Petitioner,           )
                                  )
     v.                           )  JUDGMENT
                                  )
M. McDONALD, WARDEN,              )
                                  )
            Respondent.           )
_____)
```

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 30, 2012

                                                    PERCY ANDERSON
                                       UNITED STATES DISTRICT JUDGE